JAMES C. FITZPATRICK, Appellant, *v.* THE NEW YORK AND MANHATTAN BEACH RAILWAY COMPANY, Respondent.

(Argued December 7, 1885; decided December 22, 1885.)

*F. R. Coudert* for appellant.

*Alfred C. Chapin* for respondent.

Agree to reverse order on dissenting opinion of Judge BRADY at General Term.
All concur.
Order reversed and judgment affirmed.

---

JOHN C. MONTY, Respondent, *v.* WILLIAM H. BLOOMINGDALE, Appellant.

(Argued October 7, 1885; decided January 19, 1886.)

*Isaac Lawson* for appellant.

*Lyman H. Northup* for respondent.

Agree to affirm; no opinion.
All concur, except DANFORTH, J., not voting.
Judgment affirmed.